UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN JOHN CORBIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00595-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

Pending before the Court is Plaintiff's stipulated request to extend the deadline to file a motion for summary judgment from August 15, 2025, through and including October 14, 2025. (Doc. 12).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **October 14, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:　**July 28, 2025**　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE