UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN JOHN CORBIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00595-KES-CDB (SS)<br><br>ORDER ON SECOND STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Pending before the Court is Plaintiff's second stipulated request to extend the deadline to file a motion for summary judgment, from October 14, 2025, through and including October 17, 2025. (Doc. 16).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that:

1. Plaintiff shall file the motion for summary judgment by no later than **October 17, 2025;**

2. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5); and

///

///

3. Plaintiff's motion to extend the deadline to file a motion for summary judgment (Doc. 15) is DENIED as moot.

IT IS SO ORDERED.

Dated: __October 10, 2025__                    _____
                                               UNITED STATES MAGISTRATE JUDGE

2