```
ERIC GRANT
United States Attorney
MATHEW W. PILE, WASBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (510) 970-4801
        E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN CORBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:25-cv-00595-KES-CDB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to give Plaintiff the opportunity for a hearing and re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

1  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
2  Social Security Act, 42 U.S.C. 405(g).

4  Dated:  December 12, 2025          */s/  Dolly M. Trompeter\**
                                      DOLLY M. TROMPETER
                                      Attorney for Plaintiff
                                      *Authorized via e-mail on December 12, 2025

                                      ERIC GRANT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Head of Program Litigation 1
                                      Law & Policy
                                      Social Security Administration

                            By:       */s/ David Priddy*
                                      DAVID PRIDDY
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

STIPULATION TO REMAND

# ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, and to close this case and terminate all pending motions.

IT IS SO ORDERED.

Dated:   December 15, 2025

_____
UNITED STATES DISTRICT JUDGE