**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRIN JOHN CORBIN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-0595 KES CDB<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 24) |

Darrin John Corbin and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,340.26 pursuant to the Equal Access to Justice Act. Doc. 24 at 1-3. Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $7,340.26 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   March 20, 2026   

_____
UNITED STATES DISTRICT JUDGE

1